# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                    Criminal No. 23-cr-10135

v.

MAXWELL HERNANDEZ, a/k/a
"MaxEquation" or "MaxSaitama"

       Defendant


## DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT LIMITED INTERNATIONAL TRAVEL

The Defendant, Maxwell Hernandez, through undersigned counsel, respectfully moves this Honorable Court pursuant to 18 U.S.C. § 3142(c)(3) to temporarily modify his conditions of pretrial release to permit limited international travel.

In support thereof, the Defendant states as follows:

1. The Defendant is currently on pretrial release pursuant to conditions set by this Court.

2. The Defendant respectfully requests permission to travel to Santiago, Dominican Republic, departing on April 1, 2026, and returning to the United States on April 8, 2026.

3. The purpose of the travel is to attend a family reunion and to visit his parents and extended family. The reunion is scheduled for that weekend.

4. The Defendant will be traveling with his fiancée and his three children.

5. While in the Dominican Republic, the Defendant will reside primarily in Santiago with his parents at the following address: Emporium Dorado Calle 4 #10, Santiago, Dominican Republic

6. The requested travel is limited in duration (seven days), round-trip, and solely for family purposes.

7. The Defendant has complied with all conditions of release and will continue to do so.

8. The Government, through AUSA David Holcombe, assents to this motion.

WHEREFORE, the Defendant respectfully requests that this Court temporarily modify his conditions of release to permit travel to Santiago, Dominican Republic from April 1, 2026 through April 8, 2026.

Dated: February 12, 2026

Respectfully submitted,

Attorneys for the Defendant

/s/ Daniel P. Tarlow
Daniel P. Tarlow, Esq
265 Broadway
Methuen, MA 01844
BBO # 562126
978-686-0010 ext. 13
dantarlow@ctclegal.com

/s/ Daniel L. Hutchinson Sr.
Daniel L. Hutchinson Sr.
Hutchinson Law Office, PLLC
105 Kenoza Avenue
Haverhill, MA 01830
BBO# 698736
978-478-8806
hutchinsonlawgroup@comcast.net

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Daniel P. Tarlow
Daniel P. Tarlow
Counsel for Defendant

Dated: February 12, 2026